| COURTROOM DEPUTY MINUTES | DATE: 12/6/05 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 3:13 - 3:20 |

- √ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

---

PRESIDING MAG. JUDGE **CHARLES S. COODY**        DEPUTY CLERK: **WANDA STINSON**

CASE NO. **1:05CR261-T-CSC**        DEFT. NAME: **ROBERT E. RODGERS**

USA: **TOMMIE HARDWWICK**        ATTY: **MICHAEL PETERSON**

Type Counsel:  ( ) Retained;  ( ) Panel CJA;  ( ) Waived;  (√) CDO;

USPTSO/USPO: **RON THWEATT**

Defendant ____ does  √ does NOT need an interpreter;

Interpreter present  √ NO ____ YES    NAME_____

---

- √ Kars.       Date of Arrest **12/6/05**       or    ☐ karsr40
- √ kia.        Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- √ kcnsl.      Deft. First Appearance with Counsel
- √             Requests appointed Counsel   √ **ORAL MOTION for Appointment of Counsel**
- √ Finaff.     Financial Affidavit executed  ☐ to be obtained by PTSO
- √ koappted    **ORAL ORDER** appointing Community Defender Organization  -  **Notice to be filed.**
- ☐ 20appt.     Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐             Deft. Advises he will retain counsel.  Has retained _____
- ☐             Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☐             Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐             **DETENTION HRG** ☐ held; ☐ set for __.; ☐ **Prelim. Hrg** ☐ Set for_____
- ☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- √ kodtn.      **ORDER OF DETENTION PENDING TRIAL** entered
- √ kocondrls.  Release order entered. √ Deft. advised of conditions of release.
- √ kbnd.       √ **BOND EXECUTED** (M/D AL charges) $ **25,000**  Deft released (kloc LR)
                ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)    Bond **NOT** executed.  Deft to remain in Marshal's custody
- ☐ ko.         Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.     Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐             Court finds **PROBABLE CAUSE**.  Defendant bound over to the Grand Jury.
- √ Karr.       ARRAIGNMENT SET FOR:_____  √ **HELD**. Plea of **NOT GUILTY** entered.
                √ Trial Term **4/24/06**_____; ☐ PRETRIAL CONFERENCE DATE: _____
                √ DISCOVERY DISCLOSURES DATE: **12/6/05**
- ☐ Krmknn.     **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.    Identity/Removal Hearing set for _____
- √ Kwvspt      **Waiver of Speedy Trial Act Rights Executed.**