| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :  FEBRUARY 27, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED: 1:13 - 1:14** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 1:05CR261-MHT-CSC    **DEFENDANT NAME:** ROBERT E. RODGERS

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  TOMMIE HARDWICK | ATTY. KEVIN BUTLER |

√    **DISCOVERY STATUS:** Completed.

√    **PENDING MOTION STATUS:**   None.

√    **PLEA STATUS:**    Possible plea.

√    **TRIAL STATUS:** Case will take 1 day, if goes to trial.

☐    **REMARKS:**