IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                       ) | CR. NO. 1:05cr261-MHT |
| ) | |
| ROBERT E. RODGERS          ) | |

### ORDER

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. # 18) filed on March 3, 2006, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for **March 9, 2006**, at **10:00 a.m.,** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 3rd day of March, 2006.

　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE