IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 1:05CR261-MHT |
| | ) | |
| ROBERT E. RODGERS | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the defendant's change of plea hearing previously scheduled for March 9, 2006 at 10:00 a.m. be and is hereby **RESCHEDULED** for **March 9, 2006**, at **9:00 a.m.,** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 3rd day of March, 2006.

                                          /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE