| | | | |
|---|---|---|---|
| COURTROOM DEPUTY MINUTES | DATE: March 9, 2006 | FTR RECORDING: 9:10 - 9:20 | |
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: MITCHELL REISNER | | |

❏ **ARRAIGNMENT**    √ **CHANGE OF PLEA**    ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**    ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY*    **DEPUTY CLERK:** *WANDA STINSON*

**CASE NUMBER:** *1:05CR261-MHT-CSC*    **DEFENDANT NAME:** *ROBERT E. RODGERS*

**AUSA:** *TOMMIE HARDWICK*    **DEFENDANT ATTY:** *DONNIE BETHEL*

**Type Counsel:** ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (√) CDO

**USPO:** *DOUG MATHIS*

**Defendant** ___ does ___√___ does NOT need and interpreter. Name: _____

---

❏    This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

❏    Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❏    **ORAL ORDER** Appointing  ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.

❏    **WAIVER OF INDICTMENT** executed and filed.

❏    **FELONY INFORMATION** filed.

❏    Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty   ❏ Nol Contendere   ❏ Not Guilty by reason of insanity

√ Guilty as to:    √ Count(s) ___1___ of the **Indictment.**

√ Count(s) __2 & 3__   ❏ dismissed on oral motion of USA;

√ To be dismissed at sentencing.

√    Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏    No Plea Agreement entered. √ Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement.

❏ **ORDERED SEALED.**

√    **ORAL ORDER** Adjudicating defendant guilty.

√    **ORDER:** Defendant Continued √ same Conditions/Bond imposed ; ❏ Released on Bond & Conditions of Release for: ❏ Trial on _____ ; √ Sentencing on _____ ; ❏ To be set by Separate Order

❏    **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Trial on _____; or  ❏ Sentencing on _____ ❏ set by separate Order.