IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 1:05-cr-261-MHT** |
| ) | |
| **ROBERT E. RODGERS** ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Robin C. Konrad, and enters her appearance as counsel for **ROBERT E. RODGERS**, in the above-styled matter.

Dated this 21st day of June 2006.

Respectfully submitted,

s/Robin C. Konrad
**ROBIN C. KONRAD**
**DC BAR NO.: 484125**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Robin_Konrad@fd.org

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 1:05-cr-261-MHT |
| ) | |
| ROBERT E. RODGERS ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Brown Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

**s/Robin C. Konrad**
**ROBIN C. KONRAD**
**DC BAR NO.: 484125**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Robin_Konrad@fd.org