IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          CR. NO. <u>1:05cr261-MHT</u>
                                  )
ROBERT E. RODGERS                 )

**<u>UNITED STATES' NOTICE OF APPEARANCE</u>**

Comes now the undersigned Assistant United States Attorney for the Middle District of

Alabama, Terry F. Moorer, and enters his notice of appearance on behalf of the United States in the

above-styled cause.

Respectfully submitted this the 22nd day of June, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Terry F. Moorer
TERRY F. MOORER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: terry.moorer@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA      )
                                    )
      v.                          )     CR. NO. <u>1:05cr261-MHT</u>
                                      )
ROBERT E. RODGERS           )

## **CERTIFICATE OF SERVICE**

       I hereby certify that on June 22, 2006, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Robin Conrad, Esq.

                                 Respectfully submitted,

                                 /s/Terry F. Moorer
                                 TERRY F. MOORER
                                 One Court Square, Suite 201
                                 Montgomery, AL 36104
                                 Phone: (334)223-7280
                                 Fax: (334)223-7135
                                 E-mail: terry.moorer@usdoj.gov