# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE           AT MONTGOMERY  ALABAMA

DATE COMMENCED  June 22, 2006              AT  10:43   A.M./P.M.

DATE COMPLETED  June 22, 2006              AT  10:55   A.M./P.M.

UNITED STATES OF AMERICA                   Criminal Action
                                           1:05-cr-261-MHT
        VS.

ROBERT E. RODGERS

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Terry Moorer | X | Atty Robin Corinne Konard |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Nicole Birch, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:        SENTENCING HEARING

| | |
|---|---|
| 10:43 a.m. | Sentencing hearing commenced. Terms of plea agreement stated on the record. Probation agrees with plea agreement. Court accepts plea agreement. Sentence imposed. Government's oral motion to dismiss counts 2 & 3. Oral Order granting motion to dismiss. |
| 10:55 a.m | Hearing concluded. |