# United States District Court

for

## Middle District of Alabama

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert E. Rodgers                    Case Number: 1:05CR00261-MHT

Name of Sentencing Judicial Officer: Honorable Myron H. Thompson, United States District Judge

Date of Original Sentence: June 22, 2006

Original Offense: Unlawful Conversion of United States Postal Money Orders
18 USC § 500, a Class D Felony

Original Sentence: Two (2) year term of probation

Type of Supervision: Probation                    Date Supervision Commenced: June 22, 2006

Assistant U.S. Attorney: Tommie Brown Hardwick        Defense Attorney: Don W. Bethel

## PETITIONING THE COURT

[X]   To issue a summons
[ ]   To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number                    Nature of Noncompliance

1.   **Violation of the condition of probation which states, "The defendant shall not commit another federal, state, or local crime."**

On June 30, 2007, Rodgers was arrested by Alabama State Trooper Phillip Baker and charged with Driving Under the Influence of Alcohol. Trooper Baker was on routine patrol on U.S. Highway 431 in Henry County, Alabama, when at approximately 10:30 PM, he observed two vehicles traveling southbound at a high rate of speed. A traffic stop was initiated on both vehicles, and Rodgers was identified as the driver of one of the vehicles. A strong odor of an alcohol beverage was detected emitting from Rodgers. Rodgers exited his vehicle, and was unsteady on his feet. Rodgers admitted he had consumed a six pack of beer, his speech was thick and slurred, and he failed field sobriety tests. Rodgers was then placed under arrest and transported to the Henry County Jail. A breath alcohol analysis was performed, resulting in a BAC of .16%. It was determined that Rodgers was racing with the other vehicle that was observed traveling at a high rate of speed. Rodgers had a minor child in the vehicle with him, and the child was not in a required child restraint.

2.   **Violation of the condition of probation which states, "The defendant shall not commit**

PROB 12C
(7/93)

2

**another federal, state, or local crime."**

As noted in Violation Number One, on June 30, 2007, Rodgers was arrested by Alabama State Trooper Phillip Baker and charged with Speeding after being observed driving 93 miles per hour in a 65 miles per hour zone on U.S. Highway 431 in Henry County, Alabama.

3. **Violation of the condition of probation which states, "The defendant shall not commit another federal, state, or local crime."**

As noted in Violation Number One, on June 30, 2007, Rodgers was arrested by Alabama State Trooper Phillip Baker and charged with Racing on Highway as he was observed racing with another vehicle.

4. **Violation of the condition of probation which states, "The defendant shall not commit another federal, state, or local crime."**

As noted in Violation Number One, on June 30, 2007, Rodgers was arrested by Alabama State Trooper Phillip Baker and charged with No Child Restraint as the minor child in his vehicle was unrestrained.

5. **Violation of condition of probation which states, "The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer."**

As noted in Violations One thru Four, on June 30, 2007, Rodgers was arrested by Alabama State Trooper Phillip Baker and charged with Driving Under the Influence of Alcohol, Racing on Highway, Speeding, and No Child Restraint. Rodgers failed to notify the probation officer of these arrests within 72 hours.

U.S. Probation Officer Recommendation:

[**X**]  The term of supervision should be

    [**X** ]  revoked.
    [ ]  extended one year

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 8,  2007

/s/ Louis D. Johns, Jr.
Louis D. Johns, Jr.
U.S. Probation Officer

Reviewed and approved:  /s/ Robert A. Pitcher
Robert A. Pitcher, Senior U.S. Probation Officer/OIC

THE COURT ORDERS:

[X]   The Issuance of a Summons
[ ]   The Issuance of a Warrant
[ ]   No Action
[X]   It is further ORDERED that this petition is set for an evidentiary hearing on September 25, 2007, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

 /s/ Myron H. Thompson
United States District Judge

  August 9, 2007
Date