IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:05cr261-MHT |
| | ) | |
| ROBERT E. RODGERS | ) | |

**MOTION TO CONTINUE REVOCATION HEARING**

Comes now the United States of America by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and requests a continuance in the above styled case and as grounds states the following:

1. On August 8, 2007, a Petition for Revocation of Probation was filed against the defendant, Robert E. Rodgers, alleging four violations of the condition that "[t]he defendant shall not commit another federal, state or local crime," and one violation of the condition "[t]he defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer." (Doc. 30).

2. A hearing was scheduled to commence on Tuesday, September 25, 2007. (Doc. 32).

3. The facts supporting the alleged violations are the result of a traffic stop made by Alabama State Trooper Phillip Baker, working in Henry County, Alabama, and United States Probation Officer Louis D. Johns, Jr.

4. The government, with the assistance of Probation Officer Johns, has made unsuccessful attempts to contact Trooper Baker by leaving messages at his Trooper Post, and by sending out a subpoena.

5. On September 20, 2007, government counsel was notified that Trooper Baker had been contacted. However, he is already scheduled to appear in court on approximately ten (10)

cases in Henry County on September 25, 2007. In addition, the Henry County cases were previously continued because Trooper Baker could not be present.

      6. Government counsel understands that this Court could exercise its superiority over state court and require the presence of Trooper Baker for the revocation hearing scheduled on September 25, 2007. Government counsel respectfully requests that, instead, this revocation hearing be continued to a later date since there are multiple cases already scheduled in Henry County that have been previously continued.

      7. The defendant is not in custody and will not be prejudiced by a continuance of his revocation hearing. Moreover, the parties may be able to reach a resolution of this case with additional time.

      8. Defense Counsel Donnie Wayne Bethel, was contacted and he does not object to a continuance of this case.

      For the foregoing reasons, the undersigned counsel respectfully requests a continuance of this case until the week of October 29 through November 2, 2007. Everyone involved in this case has been contacted and informed the government that the week of October 29th is clear on their calendars with one exception. Don Bethel has two sentencings scheduled for this week on October 30, 2007, at 9:30 a.m. and October 31, 2007 at 9:00 a.m.

Respectfully submitted on this 21st day of September, 2007.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/Tommie Brown Hardwick
                TOMMIE BROWN HARDWICK
                131 Clayton Street
                Montgomery, AL 36104
                Phone: (334)223-7280
                Fax: (334)223-7135
                E-mail: tommie.hardwick@usdoj.gov
                ASB4152 W86T

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case No. 1:05cr261-MHT |
| | ) |
| ROBERT E. RODGERS | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie Wayne Bethel, Esq.

Respectfully submitted,

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: tommie.hardwick@usdoj.gov
ASB4152 W86T