IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL ACTION NO. |
| ) | 1:05cr261-MHT |
| ROBERT E. RODGERS ) | |

### ORDER

It is ORDERED as follows:

(1) The motion to continue revocation hearing (Doc. No. 39) is granted.

(2) The hearing on the revocation petition (Doc. No. 30) now set for September 25, 2007, is reset for November 13, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 24th day of September, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE