## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   Case No.: 1:05CR261-MHT |
| | ) |
| **ROBERT E. RODGERS.** | ) |

### MOTION TO WITHDRAW COUNSEL

**COMES NOW** the Federal Defenders Office for the Middle District of Alabama, and moves to withdraw **Robin Konrad** as a counsel of record in this matter.

Ms. Konrad entered a Notice of Appearance as counsel for the defendant Robert E. Rodgers, in her capacity as an Assistant Federal Defender. As Ms. Konrad is no longer employed as an Assistant Federal Defender for the Middle District of Alabama, she should be relieved as counsel.

Other counsel from the Office of the Federal Defender have already entered appearances in this matter on behalf of the Defendant.

Dated this 28th day of September, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case No.: 1:05CR261-MHT |
| | ) |
| ROBERT E. RODGERS | ) |

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tommie B. Hardwick, Esq., Assistant U. S. Attorney, 131 Clayton Street, Montgomery, Alabama 36104.

      Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138