IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr261-MHT |
| **ROBERT E. RODGERS** | ) | |

### ORDER

It is ORDERED that the motion to withdraw (Doc. No. 41) is granted.

DONE, this the 2nd day of October, 2007.

           /s/ Myron H. Thompson
     **UNITED STATES DISTRICT JUDGE**