IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      1:05cr261-MHT
ROBERT E. RODGERS           )          (WO)
```

JUDGMENT

Based on the proceedings in open court on November 13, 2007, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Charge number 3 in the revocation petition (Doc. No. 30) is dismissed.

(2) The following language in charge number 1 of said petition is deleted: "It was determined that Rodgers was racing with the other vehicle that was observed traveling at a high rate of speed."

(3) On defendant Robert E. Rodgers's plea of guilty, defendant Rodgers is guilty of charge numbers 1

(with the language specified in paragraph 2 deleted), 2, 4, and 5 of said petition.

(4) The violations in charge numbers 1, 2, 4, and 5 constitute Grade C violations as stated in U.S.S.G. § 7B1.1(a)(3); defendant Rodgers's criminal history category was determined at the time of sentencing to be Category I; and, as a result, his range of imprisonment applicable under the advisory guidelines is now 3 to 9 months. The maximum term of imprisonment pursuant to 18 U.S.C. § 3565(a)(2) is 5 years.

(5) On the court's finding of guilt as to charge numbers 1, 2, 4, and 5 of said petition, the term of probation imposed on June 22, 2006, is modified and extended as follows:

(A) The term of probation shall be extended for an additional term of one year, expiring on June 21, 2009.

(B) Defendant Rodgers shall participate in the

    home-confinement program, with electronic monitoring, for a period of six months, to begin at a time designated by his supervising probation officer. He shall follow the procedures specified by the probation officer. The costs of monitoring are waived.

(C) Defendant Rodgers shall participate in a parenting-class approved by his supervising probation officer. Defendant Rodgers shall contribute to the costs of any class based upon his ability to pay and the availability of third-party payments.

(D) Defendant Rodgers shall participate in a program approved by his supervising probation officer for substance abuse, which may include testing to determine whether he has reverted to the use of drugs. Defendant Rodgers shall contribute to the costs of any

treatment based on his ability to pay and the availability of third-party payments.

DONE, this the 15th day of November, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**